Certificate Number: 13858-PAM-DE-041263718

Bankruptcy Case Number: 26-02106

13858-PAM-DE-041263718

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 29, 2026, at 5:00 o'clock PM EDT, Stephen R Varga completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 29, 2026

By: /s/Nicholas Tribuzzi

Name: Nicholas Tribuzzi

Title: Counselor

Certificate Number: 13858-PAM-DE-041263721

Bankruptcy Case Number: 26-02106

13858-PAM-DE-041263721

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 29, 2026, at 5:00 o'clock PM EDT, Joan M Varga completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 29, 2026

By: /s/Nicholas Tribuzzi

Name: Nicholas Tribuzzi

Title: Counselor