United States Bankruptcy Court
Middle District of Pennsylvania

In re:
Stephen R Varga
Joan M Varga
Debtors

Case No. 26-02106-MJC
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5 | User: admin | Page 1 of 2
Date Rcvd: Nov 06, 2026 | Form ID: 318 | Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stephen R Varga, Joan M Varga, 102 Plant Lane, Hawley, PA 18428-4643 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5821035 | + | EDI: CAPITALONE.COM | Nov 06 2026 23:35:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5821036 | + | Email/Text: bknotice@raslavrar.com | Nov 06 2026 18:37:00 | Citibank, NA., C/o Ras LaVrar, LLC, 425 Commerce Drive Suite 150, Fort Washington, PA 19034-2727 |
| 5821037 | + | EDI: WFNNB.COM | Nov 06 2026 23:35:00 | Comenity Bank, 3095 Loyalty Circle, Building A, Columbus, OH 43219-3673 |
| 5821038 | + | EDI: PHINGENESIS | Nov 06 2026 23:35:00 | Concora Credit, PO Box 4477, Beaverton, OR 97076-4401 |
| 5821039 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 06 2026 18:42:25 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5821040 | + | EDI: CAPITALONE.COM | Nov 06 2026 23:35:00 | Discover by Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5821042 | ^ | MEBN | Nov 06 2026 18:33:36 | Geisinger, 100 North Academy Ave, Mail Code 32-27, Danville, PA 17822-9800 |
| 5821043 | + | EDI: JPMORGANCHASE | Nov 06 2026 23:35:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 5821044 | + | EDI: CAPITALONE.COM | Nov 06 2026 23:35:00 | Kohl's Department Store, PO box 31293, Salt Lake City, UT 84131-0293 |
| 5821045 | + | EDI: CITICORP | Nov 06 2026 23:35:00 | LL Bean Mastercard/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 5821046 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 06 2026 18:42:01 | LVNV Funding, LLC, PO box 10587, Greenville, SC 29603-0587 |
| 5821048 | | Email/Text: ml-ebn@missionlane.com | Nov 06 2026 18:37:00 | Mission Lane Tab Bank, PO box 105286, SW #1340, Atlanta, GA 30348 |
| 5821047 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 06 2026 18:42:01 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5821049 | + | EDI: AGFINANCE.COM | Nov 06 2026 23:35:00 | OneMain, PO Box 1010, Evansville, IN 47706-1010 |
| 5821050 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 06 2026 18:42:26 | Resurgent Capital Services, L.P., PO box 10497, Greenville, SC 29603-0497 |

| | | | | |
|---|---|---|---|---|
| 5821051 | + | EDI: CBS7AVE | Nov 06 2026 23:35:00 | Swiss Colony, 1515 S 21st St., Clinton, IA 52732-6676 |
| 5821041 | | EDI: USBANKARS.COM | Nov 06 2026 23:35:00 | Elan Financial Services, CB Disputes, PO Box 108, Saint Louis, MO 63166 |
| 5821052 | + | Email/Text: bk@avant.com | Nov 06 2026 18:38:00 | WebBank, 222 W Merchandise Marty Plaza, Suite 900, Chicago, IL 60654-1105 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brett Freeman | on behalf of Debtor 2 Joan M Varga brett@freeman.law brettfreemanecf@gmail.com;shannon@freeman.law;bmf153@recap.email |
| Brett Freeman | on behalf of Debtor 1 Stephen R Varga brett@freeman.law brettfreemanecf@gmail.com;shannon@freeman.law;bmf153@recap.email |
| Lawrence G. Frank | lawrencegfrank@gmail.com PA39@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

Debtor 1 Stephen R Varga
First Name Middle Name Last Name

Social Security number or ITIN xxx–xx–8360
EIN _ _–_ _ _ _ _ _ _

Debtor 2 (Spouse, if filing) Joan M Varga
First Name Middle Name Last Name

Social Security number or ITIN xxx–xx–2762
EIN _ _–_ _ _ _ _ _ _

United States Bankruptcy Court Middle District of Pennsylvania

Case number: 5:26–bk–02106–MJC

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Stephen R Varga

Joan M Varga
aka Joan Marie Varga, fka Joan Marie Malcomb, fka Joan Marie Rittenhouse

11/6/26

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**